IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Quandale D | Case Number: 06 B 14901 |
|---|---|---|
| | Richmond-Davis, Danyelle | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 11/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 11, 2008
Confirmed: February 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 52,150.76 | |
| Secured: | | 45,771.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,990.00 |
| Trustee Fee: | | 2,631.46 |
| Other Funds: | | 1,758.00 |
| Totals: | 52,150.76 | 52,150.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,990.00 | 1,990.00 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Tempus Palms International | Secured | 0.00 | 0.00 |
| 4. | National City Bank | Secured | 27,373.80 | 24,904.71 |
| 5. | United Guaranty | Secured | 10,436.44 | 10,173.30 |
| 6. | Wells Fargo Fin Acceptance | Secured | 6,481.45 | 1,352.80 |
| 7. | American General Finance | Secured | 1,081.59 | 208.80 |
| 8. | Wells Fargo Auto Finance | Secured | 22,429.40 | 4,736.90 |
| 9. | National City Bank | Secured | 8,219.93 | 3,435.96 |
| 10. | United Guaranty | Secured | 2,293.84 | 958.83 |
| 11. | Illinois Dept of Revenue | Priority | 42.00 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 425.15 | 0.00 |
| 13. | General Motors Acceptance Corp | Unsecured | 377.77 | 0.00 |
| 14. | American General Finance | Unsecured | 93.29 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 42.58 | 0.00 |
| 16. | Wells Fargo Fin Acceptance | Unsecured | 195.62 | 0.00 |
| 17. | University of Chicago | Unsecured | 195.72 | 0.00 |
| 18. | Chase Bank | Unsecured | 83.79 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 28.21 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 30.71 | 0.00 |
| 21. | Illinois Dept of Revenue | Unsecured | 2.50 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 81.20 | 0.00 |
| 23. | Wells Fargo Auto Finance | Unsecured | 0.00 | 0.00 |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | Comcast | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Quandale D | Case Number: 06 B 14901 |
|---|---|---|
| | Richmond-Davis, Danyelle | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 11/14/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | USA Payday Loans | Unsecured | | No Claim Filed |
| 30. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |

$ 81,904.99          $ 47,761.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 717.59 |
| 5.4% | 1,913.87 |

$ 2,631.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____